UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MARTINEZ & JUAN SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL EWP, INC., et al.,<br><br>Defendant. | Case No.: 3:23-cv-836-RSH-LR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

In consideration of the Parties' Joint Motion to Dismiss Entire Action as to All Defendants (ECF No. 26), IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 5, 2024

_____
Hon. Robert S. Huie
United States District Judge